# UNITED STATES DISTRICT COURT
## for the Central District of Illinois



FILED
APR 24 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff,
SUZANNE L. JOHNSTON

v.

EPIC SYSTEMS; ET. AL.; GENA APPLEBY + FAMILY, ESTHER JIYUN + FAMILY, WHITNEY BARLOW + FAMILY
Defendant(s).
PHOENIX COMMUNITY DEVELOPMENT SYSTEMS; PARADICE CASINO

Case No. 24-CV-1168

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of ILLINOIS (state), who resides at 328 E. ELMHURST AVE., PEORIA, IL 61603, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant GENA APPLEBY + FAMILY is employed as a
(a) (Name of First Defendant)
SPEECH THERAPIST
(b) (Position/Title)
with UNKNOWN
(c) (Employer's Name and Address)

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

I WILL SPEAK TO THE JUDGE.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

~~THE~~ THEFT OF VOICE, LIBEL, SLANDER

**Defendant #2:**

C. Defendant ESTHER JIYUN is employed as a
    (a) (Name of Second Defendant)
A LAST KNOWN AS AN ACCOUNTANT
    (b) (Position/Title)
with UNKNOWN
    (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

~~TRYING~~ ATTEMPTING TO ASSASSINATE ME WITH HEROIN + OPIUM.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

HARASSMENT, SLANDER, LIBEL, + ASSASSINATION ATTEMPTS.

2

**Defendant #3:**
D.   Defendant __WHITNEY BARLOW__ is employed as a
            (a) (Name of Third Defendant)
__UNKNOWN__
            (b) (Position/Title)
with __UNKNOWN__.
            (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

~~SENDING~~ I WILL SPEAK TO THE JUDGE

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

SLANDER, LIBEL, THEFT

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.
PHOENIX COMMUNITY DEVELOPMENT SYSTEMS
PARADICE CASINO

3

## III. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in federal court? Yes ☒   ☐ No

B.  If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1. Parties to previous lawsuits:

    Plaintiff(s): SUZANNE L. JOHNSTON

    V.

    Defendant(s): MULTIPLE

2. Date of Filing: MULTIPLE
3. Case Number: MULTIPLE
4. Jurisdiction/Court: MULTIPLE
5. Name of Judge: HAWLEY, SHADID, McCLEAN
6. Issues Raised:
    MULTIPLE

7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

8. Date of Final Disposition:

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth **each** claim in a **separate** paragraph.*

1. On or about ~~[scribbled out]~~ ~2016 _____ (month, day, year), at approximately _____ ☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

PEORIA _____, in the State of Illinois, at

SUBDIVISION ~~OFF OF~~ CADDY-CORNER FROM BIG HOLLOW SHOPPING CENTER,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

- [x] arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- [x] searched plaintiff or his property without a warrant and without reasonable cause;
- [x] used excessive force upon plaintiff;
- [x] failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- [x] failed to provide plaintiff with necessary medical care;
- [x] conspired together to violate one or more of plaintiff's civil rights;
- [ ] other *(please explain)*: _____

2. Plaintiff was charged with one or more crimes, specifically:

I WILL SPEAK TO THE JUDGE

3. The criminal proceedings *(check the box that applies)*:

- [x] are still pending.
- [ ] were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- [ ] resulted in a finding of guilty on one or more of the charges.
- [ ] other: _____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

   I WILL SPEAK TO THE JUDGE.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

7. Plaintiff asks that this case be tried by a jury.  ☒ Yes   ☐ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $_____ to compensate for *(check all that apply)*:

    - ☒ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☒ loss of income
    - ☒ loss of enjoyment of life
    - ☒ property damage

2. Punitive Damages:   ☒ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 04/25/2024

Signature of Plaintiff: *Suzanne L. Johnston*

Plaintiff's Name *(print clearly or type)*: SUZANNE L. JOHNSTON

Mailing Address: 328 E. ELMHURST AVE.

City: PEORIA     State: ILLINOIS   Zip: 61603

Plaintiff's Telephone Number: (   ) _____
PHONE WAS STOLEN