Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Suzanne Johnston,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**EPIC SYSETMS, ET. AL, GENA** )<br>**APPLEBY + FAMILY, ESTHER JIYUN** )<br>**+FAMILY, WHITNEY BARLOW** )<br>**+ FAMILY, PHOENIX COMMUNITY** )<br>**DEVELOPMENT SYSTEMS, and** )<br>**PARADICE CASINO,** )<br>)<br>**Defendants.** ) | Case Number: 1:24-cv-01168-SLD-JEH |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Suzanne L. Johnston's action against Epic Systems, et. al., Gena Appleby + Family, Esther Jiyun + Family, Whitney Barlow + Family, Phoenix Community Development Systems, and Paradice Casino is dismissed without prejudice as it is frivolous.

**Dated: 07/10/2024**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court